1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  JULIE D. GARCIA (CABN 288624)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7014
7      FAX: (415) 436-7234
       Julie.Garcia@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 17-391 EMC |
| Plaintiff, | |
| v. | STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER |
| NELSON DECUIRE, a/k/a "VADER," and PAUL ROBERT BIDINGER, | |
| Defendants. | |

## STIPULATION

IT IS HEREBY STIPULATED, by and between the parties to this action, as stated on the record at the status conference on August 23, 2017, that the time between August 23, 2017, and September 13, 2017, be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B). Excluding time until September 13, 2017, will allow defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

//

//

IT IS SO STIPULATED.

DATED: August 24, 2017                BRIAN J. STRETCH
                                      United States Attorney

                                      _____/s/_____
                                      JULIE D. GARCIA
                                      Assistant United States Attorney

DATED: August 24, 2017

                                      _____/s/_____
                                      RANDY SUE POLLOCK
                                      Counsel for Defendant
                                      NELSON DECUIRE

DATED: August 24, 2017

                                      _____/s/_____
                                      RANDOLPH E. DAAR
                                      Counsel for Defendant
                                      PAUL ROBERT BIDINGER

## [~~PROPOSED~~] ORDER

As explained on the record during the August 23, 2017 status conference, the Court finds that the exclusion of the period from August 23, 2017, to September 13, 2017, from the time limits applicable under 18 U.S.C. § 3161, is warranted; that the ends of justice served by the continuance outweigh the interests of the public and the defendant in the prompt disposition of this criminal case; and that the failure to grant the requested exclusion of time would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: August 28, 2017                _____
                                      HON. EDWARD M. CHEN
                                      United States District Judge

ORDER EXLUDING TIME
Case No. CR 17-391 EMC