| | |
|---|---|
| 1 | BRIAN J. STRETCH (CABN 163973)<br>United States Attorney |
| 2 | |
| 3 | BARBARA J. VALLIERE (DCBN 439353)<br>Chief, Criminal Division |
| 4 | JULIE D. GARCIA (CABN 288624)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-7014 |
| 7 | FAX: (415) 436-7234<br>Julie.Garcia@usdoj.gov |
| 8 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 17-391-2 EMC |
| Plaintiff, | ) | |
| v. | ) | STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER |
| NELSON DECUIRE, a/k/a "VADER," and PAUL ROBERT BIDINGER, | ) | |
| Defendants. | ) | |

## STIPULATION

IT IS HEREBY STIPULATED, by and between the the parties to this action, as stated on the record at the status conference on September 13, 2017, that the time between September 13, 2017, and October 23, 2017, be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B). It is further stipulated, as stated on the record at the status conference on October 23, 2017, the time between October 23, 2017, and November 8, 2017, also be so excluded. Excluding these periods of time will allow defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

//

IT IS SO STIPULATED.

DATED: October 30, 2017    BRIAN J. STRETCH
United States Attorney

___/s/___
JULIE D. GARCIA
Assistant United States Attorney

DATED: October 30, 2017

___/s/___
RANDOLPH E. DAAR
Counsel for Defendant
PAUL ROBERT BIDINGER

## [PROPOSED] ORDER

As explained on the record during the September 13, 2017, and October 23, 2017 status conferences, the Court finds that the exclusion of the period from September 13, 2017, through October 23, 2017, and the exclusion of the period from October 23, 2017, to November 8, 2017, from the time limits applicable under 18 U.S.C. § 3161, is warranted; that the ends of justice served by the continuance outweigh the interests of the public and the defendant in the prompt disposition of this criminal case; and that the failure to grant the requested exclusion of time would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: 11/6/17



HON. EDWARD CHEN
United States District Judge

ORDER EXLUDING TIME
Case No. CR 17-391-2 EMC